# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JAY KETOVER, individually and on behalf of all others similarly situated, | Case No. 21-cv-12987 |
| Plaintiff, | Hon. Matthew F. Leitman |
| v. | Magistrate Judge Curtis Ivy, Jr. |
| KIPLINGER WASHINGTON EDITORS, INC. | |
| Defendant. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory A. Mitchell of The Miller Law Firm, P.C. hereby enters his appearance as counsel of record on behalf of Plaintiffs in the above captioned matter.

Dated: January 5, 2022

Respectfully submitted,

/s/ *Gregory A. Mitchell*
Gregory A. Mitchell (P68723)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
gam@millerlawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2022, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

    /s/ *Gregory A. Mitchell*
Gregory A. Mitchell (P68723)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
ssa@millerlawpc.com