# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JAY KETOVER, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-12987 |
| Plaintiff, | Judge Thomas L. Ludington<br>Magistrate Patricia T. Morris |
| v | |
| KIPLINGER WASHINGTON EDITORS, INC., | |
| Defendant. | |

## STIPULATION REGARDING
## TIME TO RESPOND TO COMPLAINT

Plaintiff, JAY KETOVER, and Defendant, KIPLINGER WASHINGTON EDITORS, INC., by and through their respective counsel, hereby stipulated that Defendant's response to the December 22, 2021 Complaint should be due on or before February 25, 2022.

1

SO STIPULATED:

/s/Greg A. Mitchell w/consent
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
William Kalas (P82113)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com
*Counsel for Plaintiff and the Putative Class*

/s/David C. Anderson
COLLINS EINHORN FARRELL PC
David C. Anderson (P55258)
4000 Town Center, 9th Floor
Southfield, MI 48075
Tel.: (248) 355-4141
David.Anderson@ceflawyers.com
*Counsel for Defendant*