# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| JAY KETOVER, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-12987 |
| | Judge Thomas L. Ludington |
| Plaintiff, | Magistrate Patricia T. Morris |
| v | |
| KIPLINGER WASHINGTON EDITORS, INC., | |
| Defendant. | |

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

This Court having reviewed the Parties' stipulation, ECF No. 7, it is **HEREBY ORDERED** that Defendant shall **RESPOND** to Plaintiff's Complaint **on or before February 25, 2022.**

Dated: January 28, 2022

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge