# Kiplinger's Personal Finance Mailing List

Kiplinger's Personal Finance magazine is the most trustworthy source of advice and guidance available on managing your money and achieving financial security. Every issue helps readers make more profitable decisions for their investments, major purchases and expenses, taxes, retirement and all other aspects of personal finance.

[Get Count]  [Get Pricing]  [Get More Information]

## SEGMENTS — COUNTS THROUGH 03/27/2019

| Count | Segment | Rate |
|---|---|---|
| 450,207 | TOTAL UNIVERSE / BASE RATE | $145.00/M |
| 160,254 | LAST 6 MONTH HOTLINE | + $12.00/M |
| 88,531 | LAST 3 MONTH HOTLINE | + $16.00/M |
| 10,880 | LAST 1 MONTH HOTLINE | + $20.00/M |
| 32,608 | ACTIVE BUSINESS SUBSCRIBERS | + $15.00/M |
| 82,690 | ACTIVE FEMALE SUBSCRIBERS | + $8.00/M |
| 16,143 | CHANGE OF ADDRESS | + $20.00/M |
| 131,406 | LAST 12 MONTH EXPIRES | $100.00/M |
|  | FINANCIAL RATE | $170.00/M |
|  | FINANCIAL MAILER NON RECIPROCAL FEE | + $15.00/M |
|  | CATALOG RATE | $85.00/M |
|  | FUNDRAISER RATE | $75.00/M |

| POPULARITY: | ▪▪▪▪▪ 100 |
|---|---|
| MARKET: | BUSINESS AND CONSUMER |
| CHANNELS: |  |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | PREFERRED PROVIDER |
| GEO: | USA |
| GENDER: | 34% FEMALE 66% MALE |
| SPENDING: | $23.95 AVERAGE ORDER |

## DESCRIPTION



Kiplinger subscribers are comprised of Financial Savvy; Business Professionals; and Affluent Consumers. They look to the magazine for sound financial advise, investment tips, money matters for both personal business and family decisions, and "smart living" (travel, high end purchases, tech innovations, home and career). Every issue is packed from soup to nuts on everything from practical investing to bargain travel guides, smart buying and philanthropic donations.

Personal Finance readers are generous to various NonProfit charities in every market sector including Health/Disease, Social/Humanitarian, Animal Welfare, Environmental and Societal Benefit. Subscribers are passionate about multiple causes and have the discretionary income available to make every dollar count where needed!

In 1947, Kiplinger's created the nation's first personal finance magazine, which remains dedicated to delivering sound, unbiased,

## SELECTS

| | |
|---|---|
| 1 MONTH HOTLINE | $20.00/M |
| 12 MONTH HOTLINE | $8.00/M |
| 3 MONTH HOTLINE | $16.00/M |
| 6 MONTH HOTLINE | $12.00/M |
| BUSINESS ADDRESS | $15.00/M |
| CHANGE OF ADDRESS | $20.00/M |
| GENDER/SEX | $10.00/M |
| GEO SELECT | $10.00/M |
| HOME ADDRESS | $8.00/M |
| PAID | $10.00/M |
| RENEWALS | $11.00/M |
| SCF | $10.00/M |
| SOURCE | $11.00/M |
| STATE | $10.00/M |
| ZIP | $10.00/M |

## ADDRESSING

| | |
|---|---|
| KEY CODING | $3.00/M |
| EMAIL | $75.00/F |
| FTP | $75.00/F |
| ZIP TAPE | $30.00/F |

## RELATED LISTS

- WILAND PUBLISHING/SUBSCRIBER DATABASE
- KIPLINGER LETTER, THE
- BLOOMBERG BUSINESSWEEK
- KIPLINGER TAX LETTER
- KIPLINGER'S RETIREMENT REPORT