UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jay Ketover, et al.,

                    Plaintiff(s),

v.                                        Case No. 1:21−cv−12987−TLL−PTM
                                                      Hon. Thomas L. Ludington

Kiplinger Washington Editors,
Inc.,

                    Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.  The following motion(s) are scheduled for hearing:

Motion for Summary Judgment − #10

- MOTION HEARING:  April 28, 2022 at 04:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/K Winslow
                                                         Case Manager

Dated:   March 2, 2022