## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JAY KETOVER, ET AL., | Case No. 1:21-cv-12098 |
| Plaintiffs, | Judge Thomas L. Ludington |
| | Magistrate Patricia T. Morris |
| v. | |
| KIPLINGER WASHINGTON EDITORS, INC., | |
| Defendant. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Walter E. Diercks of Rubin, Winston, Diercks, Harris & Cooke, LLP hereby enters his appearance as counsel of record on behalf of Defendant in theabove captioned matter.

Dated: March 3, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Walter E. Diercks
　　　　　　　　　　　　　　　　Walter E. Diercks (D.C. Bar No. 161620)
　　　　　　　　　　　　　　　　Rubin, Winston, Diercks,
　　　　　　　　　　　　　　　　　Harris & Cooke, LLP
　　　　　　　　　　　　　　　　1250 Connecticut Avenue, NW, Suite 700
　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　(202) 861-0870
　　　　　　　　　　　　　　　　wdiercks@rwdhc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2022 I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ Walter E. Diercks
Walter E. Diercks (D.C. Bar No. 161620)
Rubin, Winston, Diercks,
 Harris & Cooke, LLP
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
(202) 861-0870
wdiercks@rwdhc.com