# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RALPH STRANO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIPLINGER WASHINGTON EDITORS, INC,<br><br>Defendant. | Case No. 21-cv-12987-TLL-PTM |

### STIPULATED ORDER TO DENY MOTION FOR SUMMARY JUDGMENT AS MOOT AND STAY ACTION FOR SETTLEMENT NEGOTIATIONS

Plaintiff Ralph Strano and Defendant Kiplinger Washington Editors, Inc. ("Kiplinger," together with Plaintiff, the "Parties") state as follows:

WHEREAS, on December 22, 2021, former plaintiff Jay Ketover filed a Class Action Complaint (ECF No. 1);

WHEREAS, on February 18, 2022, Plaintiff filed the operative First Amended Class Action Complaint ("FAC") substituting himself as the named plaintiff in this putative class action in place of Mr. Ketover, and removing Mr. Ketover from the case (ECF No. 9);

WHEREAS, on February 25, 2022, Kiplinger filed a motion for summary judgment as to Mr. Ketover's claim only (ECF No. 10);

WHEREAS, the Parties wish to pursue resolution of this action through private negotiations;

WHEREAS, the Parties believe that judicial economy and the interests of the Parties would be served by a stay of this action while the Parties engage in private negotiations;

WHEREAS, the Parties, by and through their counsel, stipulate that the FAC is deemed the operative complaint in this action pursuant to Fed. R. Civ. P. 15;

WHEREAS, the Parties, by and through their counsel, stipulate that Mr. Ketover's individual claim is dismissed without prejudice pursuant to Fed. R. Civ. P. 41;

WHEREAS, the Parties, by and through their counsel, stipulate to an Order denying the motion for summary judgment (ECF No. 10) as moot, and staying the action while the Parties engage in private negotiations;

WHEREAS, no later than 45 days from the date of this Order, the Parties shall file a joint status report to update the Court on the status of their settlement negotiations ("Joint Status Report"), including whether a date should be set for Defendant to answer or otherwise respond to the FAC; and

Accordingly, it is **ORDERED** that:

1. This action is stayed for all purposes so that the Parties may attempt to resolve this action through private negotiations;

2. The First Amended Class Action Complaint (ECF No. 9) is deemed the operative complaint in this action pursuant to Fed. R. Civ. P. 15;

3. Former plaintiff Jay Ketover's individual claim is voluntarily dismissed without prejudice pursuant to Fed. R. Civ. P. 41;

4. Kiplinger's motion for summary judgment (ECF No. 10) is denied without prejudice as moot;

5. The Parties shall file a Joint Status Report to update the Court on the status of their settlement negotiations, including whether a date should be set for Defendant to answer or otherwise respond to the First Amended Class Action Complaint no later than 45 days from the date of this Order. •

SO ORDERED.

Dated: March 7, 2022                              s/Thomas L. Ludington
                                                  THOMAS L. LUDINGTON
                                                  United States District Judge

STIPULATED AND AGREED:

| | |
|---|---|
| */s/ E. Powell Miller* | */s/ David C. Anderson* |
| THE MILLER LAW FIRM, P.C. | COLLINS EINHORN FARRELL PC |
| E. Powell Miller (P39487) | David C. Andersen (P55258) |
| Sharon S. Almonrode (P33938) | 4000 Town Center, 9th Floor |
| 950 W. University Drive, Suite 300 | Southfield, MI 48075 |
| Rochester, MI 48307 | (248) 355-4141 |
| (248) 841-2200 | David.Anderson@ceflawyers.com |
| epm@millerlawpc.com | |
| ssa@millerlawpc.com | RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP |
| BURSOR & FISHER, P.A. | Walter E. Diercks (admission pending) |
| Joseph I. Marchese | 1250 Connecticut Avenue, NW, Suite 700 |
| Philip L. Fraietta (P85228) | Washington, DC 20036 |
| 888 Seventh Avenue | (202) 861-0870 |
| New York, New York 10019 | wdiercks@rwdhc.com |
| (646) 837-7150 | |
| jmarchese@bursor.com | *Attorneys for Defendant* |
| pfraietta@bursor.com | |

HEDIN HALL LLP
Frank S. Hedin
Arun G. Ravindran
1395 Brickell Ave, Suite 1140
Miami, FL 33131
(305) 357-2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Attorneys for Plaintiff*

Dated: March 4, 2022