## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | *Taylor v. Trusted Media Brands, Inc.*, No. 16-cv-01812, Dkt. 87 (S.D.N.Y.) |
| Exhibit B | *Edwards v. Hearst Communications, Inc.*, No. 15-cv-09279, Dkt. 314 (S.D.N.Y.) |
| Exhibit C | *Moeller v. Advance Magazine Publishers, Inc. d/b/a Condé Nast*, No. 15-cv-05671, Dkt. 143 (S.D.N.Y.) |
| Exhibit D | *Ruppel v. Consumers Union of United States, Inc.*, No. 16-cv-02444, Dkt. 99 (S.D.N.Y.) |
| Exhibit E | Declaration of Philip L. Fraietta in Support of Plaintiff's Unopposed Motion For Preliminary Approval |