UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RALPH STRANO, individually and on
Behalf of all others similarly situated,

        Plaintiff,                        Case No. 1:21-cv-12987

v.                                         Honorable Thomas L. Ludington
                                              United States District Judge
KIPLINGER WASHINGTON EDITORS,
INC.,

        Defendant.
_____/

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR
ENLARGEMENT OF PAGE LIMIT**

This matter is before this Court on Plaintiff's unopposed Motion for a nine-page enlargement of the page limit for his brief in support of his Motion for Preliminary Approval of Class Settlement. ECF No. 18. Having reviewed Plaintiff's Motion and finding good cause for the relief sought;

It is **ORDERED** that Plaintiff's Unopposed Motion for Enlargement of Page Limit, ECF No. 18, is **GRANTED**.


Dated: July 11, 2022                                         s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                               United States District Judge