# INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of Philip L. Fraietta in Support of Motion for Attorneys' Fees, Costs, Expenses, and Service Award |
| 2 | Declaration of Frank Hedin in Support of Motion for Attorneys' Fees, Costs, Expenses, and Service Award |
| 3 | Declaration of E. Powell Miller in Support of Motion for Attorneys' Fees, Costs, Expenses, and Service Award |