UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jay Ketover, et al.,

                              Plaintiff(s),

v.                                              Case No. 1:21-cv-12987-TLL-PTM
                                                           Hon. Thomas L. Ludington

Kiplinger Washington Editors,
Inc.,

                              Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan. The following motion(s) are scheduled for hearing:

Motion for Attorney Fees – #28

- MOTION HEARING: June 28, 2023 at 03:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                      By: s/K Winslow
                                                                           Case Manager

Dated:  April 14, 2023