UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RALPH STRANO, individually and on
behalf of all others similarly situated,

        Plaintiff,                              Case No. 1:21-cv-12987

v.                                           Honorable Thomas L. Ludington
                                                    United States District Judge

KIPLINGER WASHINGTON EDITORS, INC.,

        Defendant.
_____/

**ORDER ADJOURNING FINAL APPROVAL HEARING AND DIRECTING NOTICE**

Having reviewed the Parties' Joint Motion to Adjourn the Final Approval Hearing, ECF No. 32, finding good cause, *see* FED. R. CIV. P. 6(b)(1)(A), and this Court otherwise being fully advised in the premises:

It is **ORDERED** that the Joint Motion to Adjourn Final Approval Hearing, ECF No. 32, is **GRANTED**.

Further, it is **ORDERED** that the Final Approval Hearing is **ADJOURNED** to **October 5, 2023, at 3:00 PM EDT**.

Further, it is **ORDERED** that Defendant is **DIRECTED** to instruct the Settlement Administrator promptly to (1) disseminate revised CAFA notice to the appropriate government officials and (2) update the Settlement Website to reflect the new date and time of the final approval hearing.

**This is not a final order and does not close the above-captioned case.**

Dated: June 6, 2023                                             s/Thomas L. Ludington
                                                                 THOMAS L. LUDINGTON
                                                                  United States District Judge